IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lazaro Cantillo,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Unknown Party, et al.,<br><br>　　　　　Respondents. | No. CV-23-00093-TUC-RCC<br><br>**ORDER** |

　　　On April 24, 2024, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court dismiss Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 with prejudice. (Doc. 15.) Judge Markovich notified the parties they had fourteen (14) days from the date of the R&R to file any objections. (*Id.* at 14.) No objections have been filed.

　　　If neither party objects to a magistrate judge's R&R, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

　　　The Court has reviewed the Petition (Doc. 1), Respondent's response (Doc. 14), and the R&R (Doc. 15). The Court finds the R&R well-reasoned and agrees with Judge Markovich's conclusions.

Accordingly, IT IS ORDERED:

1) Magistrate Judge Markovich's Report and Recommendation is ADOPTED. (Doc. 15.)

2) Petitioner Lazaro Cantillo's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 is DENIED. (Doc. 1).

3) Should Petitioner choose to file an appeal, the Court declines to issue a certificate of appealability because reasonable jurists would not find the Court's ruling debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

4) This matter is DISMISSED WITH PREJUDICE. The Clerk of Court shall docket accordingly.

Dated this 21st day of May, 2024.

_____
Honorable Raner C. Collins
Senior United States District Judge